UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IRVIN DONALD ANDERSON, | ) | 1:08-CV-00286 LJO GSA HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION TO AMEND PETITION AND |
| | ) | NAME A PROPER RESPONDENT |
| v. | ) | [Doc. #8] |
| | ) | |
| | ) | ORDER VACATING FINDINGS AND |
| D. K. SISTO, Warden, | ) | RECOMMENDATION OF APRIL 22, 2008, |
| | ) | THAT HAD RECOMMENDED THE |
| Respondent. | ) | PETITION BE DISMISSED |
| | ) | [Doc. #7] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 22, 2008, this Court issued a Findings and Recommendation that recommended the petition be dismissed for Petitioner's failure to name a proper respondent. Petitioner was granted thirty (30) days to file objections to the Findings and Recommendation.

On May 1, 2008, Petitioner filed a motion to amend the petition and name D. K. Sisto, Warden of Solano State Prison, as Respondent in this matter.

Accordingly, good cause having been presented and good cause appearing therefor, IT IS HEREBY ORDERED:

1) Petitioner's motion to amend the petition and name D. K. Sisto as Respondent is

1 | GRANTED;

2 |     2) The Findings and Recommendation of April 22, 2008, is VACATED; and

3 |     3) The Clerk of Court is DIRECTED to substitute D. K. Sisto as Respondent in this matter.

5 |   IT IS SO ORDERED.

6 |   **Dated:**   **May 14, 2008**          /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE