UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IRVIN DONALD ANDERSON, | ) | 1:08-CV-00286 LJO GSA HC |
| | ) | |
| Petitioner, | ) | ORDER STRIKING PETITIONER'S |
| | ) | "OPENING BRIEF" |
| v. | ) | |
| | ) | [Doc. #11] |
| D. K. SISTO, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   On February 21, 2008, Petitioner filed a petition for writ of habeas corpus. After conducting a preliminary review of the petition, on March 7, 2008, the Court determined Petitioner had failed to name a proper respondent, and said failure required dismissal of the petition for lack of jurisdiction. See Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir.1994). Before recommending a dismissal, however, Petitioner was granted leave to amend the petition to name a proper respondent.

   On May 1, 2008, Petitioner filed a motion to amend the petition to name a proper respondent. The Court granted Petitioner's motion on May 15, 2008, and issued an order directing Respondent to file a response to the petition.

On June 30, 2008, Petitioner filed a pleading entitled "Opening Brief of Petitioner." This pleading will be stricken. As noted above, Petitioner filed the instant petition on February 21, 2008, and it has been pending since then. The Court has conducted its preliminary review of the petition and issued a briefing order with respect to said petition. Pursuant to Rule 5(a)-(d) of the Rules Governing Section 2254 Cases, Respondent was ordered to answer the petition. In addition, Petitioner was granted leave to file a reply to Respondent's answer pursuant to Rule 5(e). Nowhere in the briefing order was an opening brief by Petitioner contemplated, and therefore, it will be disallowed.

To the extent that Petitioner wishes to amend the petition, his request is denied. Rule 15(a) of the Federal Rules of Civil Procedure provides, in relevant part:

> (a) Amendments. A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

Petitioner has not shown good cause to amend the petition. This action has been pending in this Court since February, and Petitioner has already been granted one opportunity to amend the petition.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Petitioner's pleading filed on June 30, 2008, entitled "Opening Brief of Petitioner" is STRICKEN.

IT IS SO ORDERED.

Dated:  **July 14, 2008**            **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE